UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, #3024356,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ORANGE COUNTY BOARD OF SUPERVISORS, et al.,<br><br>　　　　Respondent(s). | Case No. 18-cv-00964-CRB (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>(ECF Nos. 4 & 5) |

　　Petitioner Nathan Hill has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging various aspects and conditions of his confinement at the Orange County Mail Jail in Santa Ana, California. He also seeks leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915.

　　Based solely on his affidavit of poverty, petitioner's request to proceed IFP is GRANTED. But the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983.

　　It is well established in the Ninth Circuit that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge to a prison condition or event will not necessarily shorten the prisoner's sentence. Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003). In addition, the preferred practice in this circuit has been that challenges to conditions of confinement be brought in a civil rights complaint. See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement); Crawford v. Bell, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

The clerk shall send petitioner a prisoner civil rights complaint form, terminate all pending motions (ECF Nos. 4 & 5) as moot, and close the file.

**IT IS SO ORDERED**.

Dated: March 27, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants. | Case No.  3:18-cv-00964-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathan Hill ID: #3024356
550 N. Flower St.
Santa Ana, CA 92703


Dated: March 27, 2018

            Susan Y. Soong
            Clerk, United States District Court

            By:_____
            Lashanda Scott, Deputy Clerk to the
            Honorable CHARLES R. BREYER